THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Carmell Washington,       
Appellant,
 
 
 

v.

 
 
 
Leon A. Gantt,       
Respondent.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-284
Submitted February 20, 2003  Filed 
 April 24, 2003   

AFFIRMED

 
 
 
Carmell Washington, pro se, of Columbia; for Appellant.
Leon Gantt, pro se, of Columbia; for Respondent.
 
 
 

PER CURIAM:
INTRODUCTION
Carmell Washington brought this claim 
 and delivery action in the magistrate court to recover personal property.  He 
 alleged Leon Gantt wrongfully withheld Washingtons truck.  Gantt counterclaimed 
 for payment of the truck repairs.  The magistrate tried the action without a 
 jury.  He dismissed Washingtons claim, finding in favor of Gantt.  Washington 
 appealed to the circuit court, which affirmed the magistrate court.
ISSUE ON APPEAL
Whether the circuit court erred in affirming 
 the judgment of the magistrate court that the parties entered into a binding 
 contract concerning the repair of Washingtons vehicle.
FACTS
On July 1, 2001, Washington took his 1984 
 Nissan truck to Gantts Garage and signed a work order authorizing its repair.  
 Washington later sent Gantt a letter informing Gantt that he would not have 
 the money right away to fix [his] truck and that he did not need his truck 
 as much.  
Gantt never quoted Washington a figure 
 for the repair of the truck because he did not know the extent of the problem.  
 Gantt completed the repair of the truck on or about July 30, 2001, and billed 
 Washington $720.18.  Washington claimed Gantt quoted one price for the repair 
 of the vehicle but charged another.  
STANDARD OF REVIEW
As a general rule, the court of appeals 
 will presume that the affirmance by the circuit court of a magistrates judgment 
 was made upon the merits where the testimony is sufficient to sustain the magistrates 
 judgment, and where there are no facts that show the affirmance was influenced 
 by error.  Jean Hoefer Toal, et al., Appellate Practice In South Carolina, 
 at 30 (S.C. Bar 1999).
DISCUSSION AND HOLDING
The trial court expressly found the evidence 
 sufficient to support the findings of the magistrate.  The magistrate found 
 that Washington admitted taking the truck to Gantt and telling him to fix it.  
 The magistrate also found that Gantt repaired the vehicle, but that Washington 
 only wanted to pay half the costs.  
The evidence recited above supports the 
 magistrates findings.
 AFFIRMED. [1] 
HEARN, C.J., and CURETON and GOOLSBY, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.